**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 690 MAL 2015

           Respondent           :

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

           v.                   :

                               :

WILLIAM JOSEPH KEMP,           :

                               :

           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Mr. Justice Eakin did not participate in the consideration or decision of this matter.